# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00136-CR

### Steven Lee Lightsey a/k/a Stephen Lee Lightsey, Appellant

### v.

### The State of Texas, Appellee

### FROM THE 421ST DISTRICT COURT OF CALDWELL COUNTY
### NO. 16-217, THE HONORABLE CHRIS SCHNEIDER, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant's brief on appeal was originally due June 21, 2019. On counsel's motions, the time for filing was extended to September 19, 2019. Appellant's counsel has now filed a third motion, requesting that the Court extend the time for filing appellant's brief. We grant the motion for extension of time and order appellant to file a brief no later than October 21, 2019. No further extension of time will be granted and failure to comply with this order will result in the referral of this case to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure.

It is ordered on September 24, 2019.

Before Chief Justice Rose, Justices Triana and Smith

Do Not Publish